UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| KATELYNN H., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-cv-00429-SDN |
| | ) | |
| LELAND DUDEK,[1] | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On December 4, 2024, the United States Magistrate Judge filed with the Court, with copies to counsel, her Report and Recommended Decision (ECF No. 20). The Plaintiff filed an objection to the Recommended Decision on December 18, 2024 (ECF No. 21). The Commissioner responded on December 31, 2024 (ECF No. 22). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The decision of the Commissioner is AFFIRMED.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 19, 2025. Under Fed. R. Civ. P. 25(d), when a public official who is a party in their official capacity ceases to hold an office, the officer's successor is automatically substituted as a party.

**SO ORDERED.**

Dated this 12th day of March, 2025

/s/ Stacey D. Neumann
**U.S. DISTRICT JUDGE**